

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-01024-CV

OLLIE LEWIS, SAM L. LEWIS AND ALL OTHER OCCUPANTS OF 10618 LEITRIM WAY HOUSTON, TX 77047, Appellants

V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

Appeal from the County Civil Court at Law No. 2 of Harris County, Texas.   (Tr. Ct. Cause No. 1055404).

**TO THE COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 2nd day of April, 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> Appellants, Ollie Lewis, Sam L. Lewis, and all other occupants of 10618 Leitrim Way, Houston, TX 77074, have neither established indigence nor paid the required filing fee.   After being notified that this appeal was subject to dismissal, appellants did not timely respond.   It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that costs be taxed against appellants.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 2, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 12, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

